KRISS & FEUERSTEIN LLP
360 Lexington Avenue, Suite 1200
New York, New York 10017
(212) 661-2900
(212) 661-9397-fax
Jerold C. Feuerstein, Esq.
Stuart L. Kossar, Esq.
Daniel N. Zinman, Esq.
jfeuerstein@kandfllp.com
skossar@kandfllp.com
dzinman@kandfllp.com

*Attorneys for 159 Broadway 1 LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
In re:                                                       :    Chapter 11
                                                             :
WB Bridge Hotel LLC,                                         :    Case No. 20-23288
                                                             :
                            Debtor.                          :
-------------------------------------------------------------X

# NOTICE OF APPEARANCE OF KRISS & FEUERSTEIN, LLP AS ATTORNEYS FOR 159 BROADWAY 1 LLC, PURSUANT TO BANKRUPTCY RULE 9010 AND DEMAND FOR SERVICE OF ALL NOTICES, ETC., PURSUANT TO BANKRUPTCY RULE 2002

**NOTICE IS HEREBY GIVEN,** pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") that Kriss & Feuerstein LLP, 360 Lexington Avenue, Suite 1200, New York, New York 10017, appears for and on behalf of 159 Broadway 1 LLC, a secured creditor to this bankruptcy case.

**NOTICE IS FURTHER GIVEN,** that pursuant to Federal Rule of Bankruptcy Procedure 2002, it is requested that all notices given or required to be given in this Chapter 11 case, including but not limited to all papers filed and served in all adversary proceedings in this case and all notices mailed to any statutory committees or their authorized agents, be given to and served upon:

KRISS & FEUERSTEIN LLP<br>
Jerold C. Feuerstein, Esq.<br>
Stuart L. Kossar, Esq.<br>
Daniel N. Zinman, Esq.<br>
360 Lexington Avenue, Suite 1200<br>
New York, New York 10017<br>
(212) 661-2900

**NOTICE IS FURTHER GIVEN,** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of applications, motions, petitions, pleadings, requests, complaints or demands, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise that affects the above-named debtor or debtor in possession, or the property of such debtor or of the debtor's estate.

Dated: New York, New York
       December 21, 2020

                                  KRISS & FEUERSTEIN LLP
                                  *Attorneys for 159 Broadway 1 LLC*

                                  By: /s/ Jerold C. Feuerstein
                                       Jerold C. Feuerstein, Esq.
                                       Stuart L. Kossar, Esq.
                                       Daniel N. Zinman, Esq.
                                       360 Lexington Avenue, Suite 1200
                                       New York, NY 10017
                                       (212) 661-2900
                                       (212) 661-9397 fax
                                        jfeuerstein@kandfllp.com
                                        skossar@kandfllp.com
                                        dzinman@kandfllp.com