**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:  WB BRIDGE HOTEL LLC

Case No.: 20-23288-RDD

Chapter 11

                Debtor

---------------------------------------------------------------x

Adversary Proceeding No.: _____

                Plaintiff

v.

                Defendant

---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, M. Ryan Pinkston, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent 159 Broadway Mezz LLC, a Creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of California and Illinois and, if applicable, the bar of the U.S. District Court for the Northern District of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 12/22/2020

San Francisco, CA, ~~New York~~

M. Ryan Pinkston

*Mailing Address*:

Seyfarth Shaw LLP

560 Mission Street, Suite 3100

San Francisco, CA 94105

*E-mail address*: rpinkston@seyfarth.com

*Telephone number*: (415) 397-2823