**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:  
    WB BRIDGE HOTEL LLC

                           Debtor

Case No.: 20-23288-RDD

Chapter 11

---------------------------------------------------------------x

                          Plaintiff

                v.

                         Defendant

Adversary Proceeding No.: _____

---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

    Upon the motion of M. Ryan Pinkston, to be admitted, ***pro hac vice***, to represent 159 Broadway Mezz LLC, (the "Client") a Creditor in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and Illinois and, if applicable, the bar of the U.S. District Court for the Northern District of California, it is hereby

    **ORDERED**, that M. Ryan Pinkston, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York    /s/ _____

                                                           UNITED STATES BANKRUPTCY JUDGE