# United States Bankruptcy Court
## Southern District of New York

In re: **WB BRIDGE HOTEL LLC**

Debtor(s)

Case No. **20-23288**
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **December 23, 2020**

**/s/ David Goldwasser**
**David Goldwasser**/**Chief Restructuring Officer**
Signer/Title

.

ADS ENGINEERS
45 BROADWAY, SUITE 1220
NEW YORK, NY 10006


AFS FENCING INC.
59 COLLINS AVENUE
SPRING VALLEY, NY 10977


ALLIED SAFETY CONSULTANTS INC
405 LEXINGTON AVE, 9TH FLOOR.
NEW YORK, NY 10174


AMB MECHANINCAL INC.
431 WILLOUGHBY AVE
BROOKLYN, NY 11205


ARCHITECTURAL TESTING INC
- INTERTEK
130 DERRY COURT
YORK, PA 17406


B&H BUILDERS GROUP
5308 13TH AVENUE, #503
BROOKLYN, NY 11219


BERRYS COOLING HEATING
15 MEADOW ST.
BROOKLYN, NY 11206


BEST SAFETY GROUP INC
405 LEXINGTON AVENUE
FLOORS 1, 7-9
NEW YORK, NY 10174


BEST SUPER CLEANING
5014 16TH AVE. SUITE #231
BROOKLYN, NY 11204


BIG APPLE TESTING
100-03 94TH AVENUE
OZONE PARK, NY 11416


C VIEWS
1069 56TH ST.
BROOKLYN, NY 11219

```
C.A.C. INDUSTRIES, INC.
54-08 VERNON BLVD
LONG ISLAND CITY, NY 11101


CASTLE TERMITE & PEST CONTROL
PO BOX 206
HILLSDALE, NJ 07642


CLEVENGER FRABLE LAVALLEE, INC
39 WESTMORELAND AVENUE
SUITE 32
WHITE PLAINS, NY 10606


CORNELL CROWN LLC
75 HUNTINGTON STRET
BROOKLYN, NY 11231


CORNELL REALTY HOLDINGS LLC
75 HUNTINGTON STEET
BROOKLYN, NY 11231


CORP. COUNSEL FOR NYC
100 CHURCH STREET
NEW YORK, NY 10007


DANIEL E. KANE, P.C.
2070 TRUMBAUERSVILLE RD
QUAKERTOWN, PA 18951


ELLANA
32 BROADWAY, 8TH FLOOR
NEW YORK, NY 10004


EMPIRE STATE LAYOUT, INC.
1786 BELLMORE AVENUE
BELLMORE, NY 11710


ENVIRONMENTAL BUSINESS CONSULT
1808 MIDDLE COUNTRY RD
RIDGE, NY 11961


FIRST QUALITY ELECTRIC CORP.
75 HUNTINGTON STREET
BROOKLYN, NY 11231
```

```
FOC NYC
130 BARROW STREET, STE 511
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346


JENNY C. AHN ATTORNEY
- KIM 149 BROADWAY
167-20 NORTHERN BOULEVARD
FLUSHING, NY 11358


JOHN SARACCO ARCHITECT LLC
PO BOX 245
BOONTON, NJ 07005


KCC STONE
199 LEE AVE #627
BROOKLYN, NY 11211


KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
1177 6TH AVE
NEW YORK, NY 10036


LONGMAN LINDSEY
200 WEST 41ST STREET
SUITE 1100
NEW YORK, NY 10036


MAGELLAN CONCRETE STRUCTURES
CORP
233 POWELL ST.
BROOKLYN, NY 11212


MARK WHOLESALE
808 BEDFORD AVE STE 2-B
BROOKLYN, NY 11205


MASTER ROOFING AND SIDING
ONE PARAGON DRIVE SUITE 122
MONTVALE, NJ 07645
```

```
MERIDIAN LAYOUT INC
3280 SUNRISE HWY, SUITE 341
WANTAGH, NY 11793


METROPOLITAN REALTY EXEMPTIONS
381 SOUTH 5TH STREET
BROOKLYN, NY 11211


MLS SERVICE GROUP INC
5308 13TH AVENUE SUITE #150
BROOKLYN, NY 11219


MORROW EQUIPMENT COMPANY LLC
3218 PRINGLE ROAD SE
SALEM, OR 97302


MWHARRIS LIGHTING STUDIO LLC
14 OREGON TRAIL
MEDFORD, NJ 08055


NETWORK TECHNOLOGIES, INC
320 SOUTH PERRY STREET
LAWRENCEVILLE, GA 30046


NEW YORK STATE DEPT. OF FINANC
ATTN:  BANKRUPTCY SPECIAL PROC
PO BOX 5300
ALBANY, NY 12205


NYC DEPT. OF FINANCE
345 ADAMS STREET, 3RD FL.
ATTN:  LEGAL AFFAIRS
BROOKLYN, NY 11201


OFFICE OF THE ATTORNEY GENERAL
28 LIBERTY ST.
NEW YORK, NY 10005


OHZ REMOTE GUARDING
1980 50TH ST
BROOKLYN, NY 11204


P/KAUFMANN
P.O BOX 418440
BOSTON, MA 02241
```

```
PIONEER WINDOW MFG CORP
3 EXPRESSWAY PLAZA, SUITE 221
ROSLYN HEIGHTS, NY 11577


PLUMBING NYC INC
517 DEGRAW STREET, SUITE A
BROOKLYN, NY 11217


PRINT ON BROADWAY
389 BERRY ST.
BROOKLYN, NY 11249


RA ENGINEERING LLP
512 7TH AVENUE, 6TH FLOOR
NEW YORK, NY 10018


REG HOUGH ASSOCIATES
P.O. BOX 482
ALLENWOOD, NJ 08720


RENT A UNIT NY INC
543 BEDFORD AVE. SUITE #243
BROOKLYN, NY 11211


ROTAVELE ELEVATOR QUEENS CONST
414 SENECA AVE
RIDGEWOOD, NY 11385


SAM MAINTENANCE SERVICE INC.
418 MELROSE ST
BROOKLYN, NY 11237


SIMPSON GUMPERTZ & HAGER INC
480 TOTTEN POND ROAD
WALTHAM, MA 02451


SOHO MYRIAD INC
1250 MENLO DRIVE NW
STE. C
ATLANTA, GA 30318


SPARK LIGHTING
347 37TH STREET
BROOKLYN, NY 11232
```

```
SPECTRUM PRECISION PAINTING
- MOSHE MILL
1072 MADISON AVE
LAKEWOOD, NJ 08701


STONEHILL AND TAYLOR ARCHITECT
31 WEST 27TH STREET, 5TH FLOOR
NEW YORK, NY 10001


SUB ENTERPRISES INC.
435 BELLVALE RD
CHESTER, NY 10918


SYNDICATE DEVELOPMENT SERVICES
1732 FIRST AVENUE #21183
NEW YORK, NY 10128


THE BAC GROUP
366 BROADWAY
BROOKLYN, NY 11211


THE YARD OPERATING COMPANY LLC
195 BROADWAY
BROOKLYN, NY 11211


TRIAS MANAGEMENT SERVICES, INC
306 COMMACK ROAD, SUITE 100
COMMACK, NY 11725


US ATTY OFFICE -SDNY
86 CHAMBERS STREET
ATTN:  TAX AND BANKRUPTCY
NEW YORK, NY 10007


WALSH GLASS AND METAL, INC.
904 NEPPERHAN AVE
YONKERS, NY 10703


WEYLIN SEYMOUR LLC - CARLOS
175 BROADWAY
BROOKLYN, NY 11211


WSP USA CORP
4139 OREGON PIKE
EPHRATA, PA 17522
```