**ROBINSON BROG LEINWAND GREENE**
 **GENOVESE & GLUCK P.C.**
875 Third Avenue
New York, New York 10022
Fred B. Ringel
*Proposed Attorneys for the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

In re:

**WB BRIDGE HOTEL LLC and**
**159 BROADWAY MEMBER LLC**,

Debtors.

---------------------------------------------------------X

Chapter 11

Case No.: 20-23288-rdd and
           20-23289-rdd
(Jointly Administered)

## AMENDED DECLARATION OF ISAAC HAGER

**Isaac Hager,** hereby declares the following to be true under penalty of perjury:

1. I am the managing member of Cornell Realty Holdings LLC ("Cornell").

2. On December 28, 2020, Cornell gave **Robinson Brog Leinwand Greene Genovese & Gluck P.C.** ("Robinson Brog"), one payment of $10,000, on behalf of WB Bridge Hotel LLC and 159 Broadway Member LLC (together, the "Debtors"), in connection with Robinson Brog's representation of the Debtors in their chapter 11 cases.

3. This declaration is submitted in support of the Debtors' Application for Authorization to Retain Counsel (the "Retention Application"). Pursuant to the Retention Application, the Debtors seeks to retain Robinson Brog to represent it as its bankruptcy counsel.

4. Robinson Brog advised me, and I understand that Robinson Brog will act only as counsel to the Debtors during the bankruptcy case. Robinson Brog further advised that if any

{01085448.DOC;2 }651668-2

issues affecting Cornell or the Debtors arise during the pendency of these cases, Cornell will be required to retain independent legal counsel.  Cornell is aware that Robinson Brog has a fiduciary duty to the Debtors and not to Cornell.  To the extent that Cornell may require any advice or representation regarding the Debtors' bankruptcy cases, Cornell shall retain separate counsel.  I declare under penalty of perjury under the laws of the United States, pursuant to 28 U.S.C. §1746, that the foregoing is true and correct.

                                         **Cornell Realty Holdings LLC**

                                         **By: /s/ Isaac Hager**
                                                **Isaac Hager**
                                                **Managing Member**