**ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.**
875 Third Avenue, 9th Floor
New York, New York 10022
Fred B. Ringel
Steven B. Eichel
*Attorneys for the Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re:

**WB BRIDGE HOTEL LLC and
159 BROADWAY MEMBER LLC,**

                                        Debtors.
--------------------------------------------------------X

Chapter 11

Case No.:  20-23288-rdd and
            20-23289-rdd
(Jointly Administered)

**DECLARATION OF DAVID GOLDWASSER
IN SUPPORT OF DEBTORS' OBJECTION TO MOTION
FOR ORDER ALLOWING LATE FILING OF PROOF OF CLAIM**

**David Goldwasser** declares under penalty of perjury that these statements are true and correct:

1.     I am the managing member of GC Realty Advisors, LLC, the manager of WB Bridge Hotel LLC ("WB Bridge") and 159 Broadway Member LLC ("159 Broadway" and defined together with WB Bridge, as the "Debtors"). I am thoroughly familiar with the facts set forth below.

2.     Attached as **Exhibit A** is a true and correct copy of the Certificate of Service for the Notice of Deadline Requiring Filing of Claims Against Debtors On or Before April 21, 2021 and the Order Establishing Deadline for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof.

3.    Attached as **<u>Exhibit B</u>** is a true and correct copy of the Certificate of

Service regarding the Notice of Chapter 11 Bankruptcy Case.

4.    Attached as **<u>Exhibit C</u>** is a true and correct copy is Schedule D for WB

Bridge Hotel LLC.

5.    Attached as **<u>Exhibit D</u>** is a true and correct copy of email

correspondence and invoices with Simpson Sumpertz & Heger.

6.    Attached as **<u>Exhibit E</u>** is a true and correct copy of the May 18, 2021

letter.

Under 28 U.S.C. §1746, I declare under penalty of perjury that these statements

are true and correct.

Dated:  June 4, 2021
        New York, New York


                                    /s/ David Goldwasser
                                    David Goldwasser

# **<u>EXHIBIT A</u>**

**ROBINSON BROG LEINWAND GREENE**
**GENOVESE & GLUCK P.C.**
875 Third Avenue
New York, New York 10022
Fred B. Ringel
Lori Schwartz
*Proposed Attorneys for the Debtor and Debtor in*
*Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

In re:

**WB BRIDGE HOTEL LLC and**
**159 BROADWAY MEMBER LLC**,

                                        Debtors.
---------------------------------------------------------X

Chapter 11

Case No.:  20-23288-rdd and
              20-23289-rdd
(Joint Administration Requested)

<u>**CERTIFICATE OF SERVICE**</u>

NATHANAEL F. MEYERS, hereby certifies under penalty of perjury:

    1.  I am not a party to the action, am over 18 years of age and reside in Hamilton, New Jersey.

    2.  On the 16th day of March, 2021, I caused to be served:

    ● Notice of Deadline Requiring Filing of Proofs of Claim Against the Debtors On or Before April 21, 2021 [Doc. No. 45-1];

    ● Order Establishing Deadline for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof [Doc. No. 45]; and

    ● Proof of Claim Form via  FIRST CLASS MAIL upon all parties on the attached Service List by depositing true copies of same enclosed in post-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: March 17, 2021

                                        /s/ Nathanael F. Meyers
                                        **Nathanael F. Meyers**

{01094584.DOC;1 }554731

**WB/159 Master Service List as of 3/16/21**

ADS ENGINEERS
45 BROADWAY, SUITE 1220
NEW YORK, NY 10006

AFS FENCING INC.
59 COLLINS AVENUE
SPRING VALLEY, NY 10977

ALLIED SAFETY CONSULTANTS INC
405 LEXINGTON AVE, 9TH FLOOR.
NEW YORK, NY 10174

AMB MECHANINCAL INC.
431 WILLOUGHBY AVE
BROOKLYN, NY 11205

ARCHITECTURAL TESTING INC
- INTERTEK
130 DERRY COURT
YORK, PA 17406

B&H BUILDERS GROUP
5308 13TH AVENUE, #503
BROOKLYN, NY 11219

BERRYS COOLING HEATING
15 MEADOW ST.
BROOKLYN, NY 11206

BEST SAFETY GROUP INC
405 LEXINGTON AVENUE
FLOORS 1, 7-9
NEW YORK, NY 10174

BEST SUPER CLEANING
5014 16TH AVE. SUITE #231
BROOKLYN, NY 11204

BIG APPLE TESTING
100-03 94TH AVENUE
OZONE PARK, NY 11416

C VIEWS
1069 56TH ST.
BROOKLYN, NY 11219

```
C.A.C. INDUSTRIES, INC.
54-08 VERNON BLVD
LONG ISLAND CITY, NY 11101

CASTLE TERMITE & PEST CONTROL
PO BOX 206
HILLSDALE, NJ 07642

CLEVENGER FRABLE LAVALLEE, INC
39 WESTMORELAND AVENUE
SUITE 32
WHITE PLAINS, NY 10606

CORNELL CROWN LLC
75 HUNTINGTON STRET
BROOKLYN, NY 11231

CORNELL REALTY HOLDINGS LLC
75 HUNTINGTON STEET
BROOKLYN, NY 11231

CORP. COUNSEL FOR NYC
100 CHURCH STREET
NEW YORK, NY 10007

DANIEL E. KANE, P.C.
2070 TRUMBAUERSVILLE RD
QUAKERTOWN, PA 18951

ELLANA
32 BROADWAY, 8TH FLOOR
NEW YORK, NY 10004

EMPIRE STATE LAYOUT, INC.
1786 BELLMORE AVENUE
BELLMORE, NY 11710

ENVIRONMENTAL BUSINESS CONSULT
1808 MIDDLE COUNTRY RD
RIDGE, NY 11961

FIRST QUALITY ELECTRIC CORP.
75 HUNTINGTON STREET
BROOKLYN, NY 11231
```

FOC NYC
130 BARROW STREET, STE 511
NEW YORK, NY 10014

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

JENNY C. AHN ATTORNEY
- KIM 149 BROADWAY
167-20 NORTHERN BOULEVARD
FLUSHING, NY 11358

JOHN SARACCO ARCHITECT LLC
PO BOX 245
BOONTON, NJ 07005

KCC STONE
199 LEE AVE #627
BROOKLYN, NY 11211

KRAMER LEVIN NAFTALIS
& FRANKEL LLP
1177 6TH AVE
NEW YORK, NY 10036

LONGMAN LINDSEY
200 WEST 41ST STREET
SUITE 1100
NEW YORK, NY 10036

MAGELLAN CONCRETE STRUCTURES
CORP
233 POWELL ST.
BROOKLYN, NY 11212

MARK WHOLESALE
808 BEDFORD AVE STE 2-B
BROOKLYN, NY 11205

MASTER ROOFING AND SIDING
ONE PARAGON DRIVE SUITE 122
MONTVALE, NJ 07645

MERIDIAN LAYOUT INC
3280 SUNRISE HWY, SUITE 341
WANTAGH, NY 11793

METROPOLITAN REALTY EXEMPTIONS
381 SOUTH 5TH STREET
BROOKLYN, NY 11211

MLS SERVICE GROUP INC
5308 13TH AVENUE SUITE #150
BROOKLYN, NY 11219

MORROW EQUIPMENT COMPANY LLC
3218 PRINGLE ROAD SE
SALEM, OR 97302

MWHARRIS LIGHTING STUDIO LLC
14 OREGON TRAIL
MEDFORD, NJ 08055

NETWORK TECHNOLOGIES, INC
320 SOUTH PERRY STREET
LAWRENCEVILLE, GA 30046

NEW YORK STATE DEPT. OF FINANC
ATTN: BANKRUPTCY SPECIAL PROC
PO BOX 5300
ALBANY, NY 12205

NYC DEPT. OF FINANCE
345 ADAMS STREET, 3RD FL.
ATTN: LEGAL AFFAIRS
BROOKLYN, NY 11201

OFFICE OF THE ATTORNEY GENERAL
28 LIBERTY ST.
NEW YORK, NY 10005

OHZ REMOTE GUARDING
1980 50TH ST
BROOKLYN, NY 11204

P/KAUFMANN
P.O BOX 418440
BOSTON, MA 02241

PIONEER WINDOW MFG CORP
3 EXPRESSWAY PLAZA, SUITE 221
ROSLYN HEIGHTS, NY 11577

PLUMBING NYC INC
517 DEGRAW STREET, SUITE A
BROOKLYN, NY 11217

PRINT ON BROADWAY
389 BERRY ST.
BROOKLYN, NY 11249

RA ENGINEERING LLP
1392 MADISON AVENUE,#311
NEW YORK, NY 10029
ATTN: NIDAL ALI SAAB

REG HOUGH ASSOCIATES
P.O. BOX 482
ALLENWOOD, NJ 08720

RENT A UNIT NY INC
543 BEDFORD AVE. SUITE #243
BROOKLYN, NY 11211

ROTAVELE ELEVATOR QUEENS CONST
414 SENECA AVE
RIDGEWOOD, NY 11385

SAM MAINTENANCE SERVICE INC.
418 MELROSE ST
BROOKLYN, NY 11237
ATTN: SHMUEL FUCHS

SIMPSON GUMPERTZ & HAGER INC
480 TOTTEN POND ROAD
WALTHAM, MA 02451

SOHO MYRIAD INC
1250 MENLO DRIVE NW
STE. C
ATLANTA, GA 30318

SPARK LIGHTING
347 37TH STREET
BROOKLYN, NY 11232

SPECTRUM PRECISION PAINTING
- MOSHE MILL
1072 MADISON AVE
LAKEWOOD, NJ 08701

```
STONEHILL AND TAYLOR ARCHITECT
31 WEST 27TH STREET, 5TH FLOOR
NEW YORK, NY 10001

SUB ENTERPRISES INC.
435 BELLVALE RD
CHESTER, NY 10918

SYNDICATE DEVELOPMENT SERVICES
1732 FIRST AVENUE #21183
NEW YORK, NY 10128

THE BAC GROUP
366 BROADWAY
BROOKLYN, NY 11211

THE YARD OPERATING COMPANY LLC
195 BROADWAY
BROOKLYN, NY 11211

TRIAS MANAGEMENT SERVICES, INC
306 COMMACK ROAD, SUITE 100
COMMACK, NY 11725

US ATTY OFFICE -SDNY
86 CHAMBERS STREET
ATTN: TAX AND BANKRUPTCY
NEW YORK, NY 10007

WALSH GLASS AND METAL, INC.
904 NEPPERHAN AVE
YONKERS, NY 10703

WEYLIN SEYMOUR LLC
834 DRIGGS AVENUE
BROOKLYN, NY 11211
ATTN: CARLOS PEREZ SAN MARTIN

WSP USA CORP
4139 OREGON PIKE
EPHRATA, PA 175
```

William K. Harrington, United States Trustee
U.S. Department of Justice
Office of the United States Trustee
201 Varick Street, Room 1006
New York, NY 10014
(Attn.: Andrea B. Schwartz, Esq.)

KRISS & FEUERSTEIN LLP
Jerold C. Feuerstein, Esq.
Stuart L. Kossar, Esq.
Daniel N. Zinman, Esq.
360 Lexington Avenue, Suite 1200
New York, New York 10017

Jerry A. Montag, Esq.
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, NY 10018

159 BROADWAY 1 LLC
C/O MADISON REALTY CAPITAL
520 MADISON AVE., SUITE 3501
NEW YORK, NY 10022

ARCHITECTURAL TESTING INC.
P.O. BOX 419241
BOSTON, MA 02241-9241

Brian Powers, Esq.
SilvermanAcampora LLP
100 Jericho Quadrangle
Suite 300
Jericho, NY 11753

Ronald J. Friedman, Esq.
SilvermanAcampora LLP
100 Jericho Quadrangle
Suite 300
Jericho, NY 11753

MAGELLAN CONCRETE STRUCTURES CORP
GUTMAN WEISS, P.C.
2276 65TH STREET
BROOKLYN, NY 11204

# **EXHIBIT B**

| Information to identify the case: | | |
|---|---|---|
| Debtor | **WB Bridge Hotel LLC** | EIN: 82–3412355 |
| | Name | |
| United States Bankruptcy Court Southern District of New York | | Date case filed for chapter: 11 12/21/20 |
| Case number: 20–23288–rdd | | |

## Official Form 309F1 (For Corporations or Partnerships)
## Notice of Chapter 11 Bankruptcy Case

02/20

For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at pacer.uscourts.gov).

The staff of the bankruptcy clerk's office and the office of the U.S. Trustee cannot give legal advice.

Do not file this notice with any proof of claim or other filing in the case.

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | WB Bridge Hotel LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | c/o GC Realty Advisors, LLC<br>3284 N. 29th Court<br>Hollywood, FL 33020 | |
| 4. | **Debtor's attorney**<br>Name and address | Fred B. Ringel<br>Robinson Brog Leinwand Greene Genovese &<br>Gluck P.C.<br>875 Third Avenue<br>9th Floor<br>New York, NY 10022 | Contact phone (212) 603–6300<br><br>Email: fbr@robinsonbrog.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | 300 Quarropas Street<br>White Plains, NY 10601<br><br>Clerk of the Bankruptcy Court:<br>Vito Genna | Office Hours: Monday – Friday 8:30 AM – 5:00 PM<br><br>Contact phone 914–467–7250<br><br>Date: 12/23/20 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **January 14, 2021 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Cell phones are not permitted in the Courthouse without an Attorney Secure Pass which can be obtained at the U.S. District Court Clerk's Office.** | Location:<br><br>**Teleconference *ONLY*, Contact UST's Office for direction, https://www.justice.gov/ust–regions–r02** |

For more information, see page 2 >

Debtor    **WB Bridge Hotel LLC**                                                    Case number **20-23288-rdd**

| **7. Proof of claim deadline** | **Deadline for filing proof of claim:** | Not yet set. If a deadline is set, the court will send you another notice. |
|---|---|---|

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.

All Proofs of Claim must be filed electronically on the Court's website or mailed to the court at the address listed in section 5.

Your claim will be allowed in the amount scheduled unless:
• your claim is designated as *disputed*, *contingent*, or *unliquidated;*
• you file a proof of claim in a different amount; or
• you receive another notice.

If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at pacer.uscourts.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

| **8. Exception to discharge deadline** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If 523(c) applies to your claim and you seek to have it exempted from discharge, you must start a judicial proceeding by filing a complaint. |
|---|---|

| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
|---|---|

| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |
|---|---|

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 20-23288-rdd |
| WB Bridge Hotel LLC | Chapter 11 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| District/off: 0208-7 | User: | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 23, 2020 | Form ID: 309F1 | Total Noticed: 75 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2020:

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | WB Bridge Hotel LLC, c/o GC Realty Advisors, LLC, 3284 N. 29th Court, Hollywood, FL 33020-1320 |
| aty | + | Jerold C. Feuerstein, Kriss & Feuerstein LLP, 360 Lexington Avenue, Suite 1200, New York, NY 10017-6555 |
| aty | + | Jerry A. Montag, Seyfarth Shaw LLP, 620 Eighth Ave., New York, NY 10018-1618 |
| aty | + | Michael Ryan Pinkston, Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, CA 94105-2992 |
| smg | | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| 7797728 | + | 159 Broadway 1 LLC, c/o Kriss & Feuerstein LLP, 360 Lexington Avenue, Suite 1200, New York, NY 10017-6502 |
| 7798306 | + | ADS ENGINEERS, 45 BROADWAY, SUITE 1220, NEW YORK, NY 10006-3798 |
| 7798308 | + | ALLIED SAFETY CONSULTANTS INC, 405 LEXINGTON AVE, 9TH FLOOR., NEW YORK, NY 10174-1000 |
| 7798309 | + | AMB MECHANINCAL INC., 431 WILLOUGHBY AVE, BROOKLYN, NY 11205-4764 |
| 7798310 | + | ARCHITECTURAL TESTING INC, INTERTEK, 130 DERRY COURT, YORK, PA 17406-8405 |
| 7798311 | + | B&H BUILDERS GROUP, 5308 13TH AVENUE, #503, BROOKLYN, NY 11219-5198 |
| 7798312 | + | BERRYS COOLING HEATING, 15 MEADOW ST., BROOKLYN, NY 11206-1710 |
| 7798313 | + | BEST SAFETY GROUP INC, 405 LEXINGTON AVENUE, FLOORS 1, 7-9, NEW YORK, NY 10174-0002 |
| 7798314 | + | BEST SUPER CLEANING, 5014 16TH AVE. SUITE #231, BROOKLYN, NY 11204-1404 |
| 7798315 | + | BIG APPLE TESTING, 100-03 94TH AVENUE, OZONE PARK, NY 11416-1701 |
| 7798316 | + | C VIEWS, 1069 56TH ST., BROOKLYN, NY 11219-4404 |
| 7798317 | + | C.A.C. INDUSTRIES, INC., 54-08 VERNON BLVD, LONG ISLAND CITY, NY 11101-5903 |
| 7798318 | + | CASTLE TERMITE & PEST CONTROL, PO BOX 206, HILLSDALE, NJ 07642-0206 |
| 7798319 | + | CLEVENGER FRABLE LAVALLEE, INC, 39 WESTMORELAND AVENUE, SUITE 32, WHITE PLAINS, NY 10606-1970 |
| 7798320 | + | CORNELL CROWN LLC, 75 HUNTINGTON STRET, BROOKLYN, NY 11231-0877 |
| 7798321 | + | CORNELL REALTY HOLDINGS LLC, 75 HUNTINGTON STEET, BROOKLYN, NY 11231-0877 |
| 7798322 | + | CORP. COUNSEL FOR NYC, 100 CHURCH STREET, NEW YORK, NY 10007-2668 |
| 7798323 | + | DANIEL E. KANE, P.C., 2070 TRUMBAUERSVILLE RD, QUAKERTOWN, PA 18951-2265 |
| 7798324 | + | ELLANA, 32 BROADWAY, 8TH FLOOR, NEW YORK, NY 10004-1655 |
| 7798325 | + | EMPIRE STATE LAYOUT, INC., 1786 BELLMORE AVENUE, BELLMORE, NY 11710-5522 |
| 7798326 | + | ENVIRONMENTAL BUSINESS CONSULT, 1808 MIDDLE COUNTRY RD, RIDGE, NY 11961-2406 |
| 7798327 | + | FIRST QUALITY ELECTRIC CORP., 75 HUNTINGTON STREET, BROOKLYN, NY 11231-0877 |
| 7798328 | + | FOC NYC, 130 BARROW STREET, STE 511, NEW YORK, NY 10014-2866 |
| 7798330 | + | JENNY C. AHN ATTORNEY, KIM 149 BROADWAY, 167-20 NORTHERN BOULEVARD, FLUSHING, NY 11358-2639 |
| 7798331 | + | JOHN SARACCO ARCHITECT LLC, PO BOX 245, BOONTON, NJ 07005-0245 |
| 7797911 | + | Jerry A. Montag, Esq., SEYFARTH SHAW LLP, 620 Eighth Avenue, New York, NY 10018, (212) 218-5500 jmontag@seyfarth.com 10018-1618 |
| 7798332 | + | KCC STONE, 199 LEE AVE #627, BROOKLYN, NY 11211-8919 |
| 7798333 | + | KRAMER LEVIN NAFTALIS, & FRANKEL LLP, 1177 6TH AVE, NEW YORK, NY 10036-2714 |
| 7798334 | + | LONGMAN LINDSEY, 200 WEST 41ST STREET, SUITE 1100, NEW YORK, NY 10036-7213 |
| 7798335 | + | MAGELLAN CONCRETE STRUCTURES, CORP, 233 POWELL ST., BROOKLYN, NY 11212-8134 |
| 7798336 | + | MARK WHOLESALE, 808 BEDFORD AVE STE 2-B, BROOKLYN, NY 11205-1574 |
| 7798337 | + | MASTER ROOFING AND SIDING, ONE PARAGON DRIVE SUITE 122, MONTVALE, NJ 07645-1728 |
| 7798338 | + | MERIDIAN LAYOUT INC, 3280 SUNRISE HWY, SUITE 341, WANTAGH, NY 11793-4024 |
| 7798339 | + | METROPOLITAN REALTY EXEMPTIONS, 381 SOUTH 5TH STREET, BROOKLYN, NY 11211-7507 |
| 7798340 | + | MLS SERVICE GROUP INC, 5308 13TH AVENUE SUITE #150, BROOKLYN, NY 11219-5198 |

District/off: 0208-7                          User:                                              Page 2 of 3
Date Rcvd: Dec 23, 2020                  Form ID: 309F1                              Total Noticed: 75

| | | |
|---|---|---|
| 7798341 | + | MORROW EQUIPMENT COMPANY LLC, 3218 PRINGLE ROAD SE, SALEM, OR 97302-6313 |
| 7798342 | + | MWHARRIS LIGHTING STUDIO LLC, 14 OREGON TRAIL, MEDFORD, NJ 08055-9046 |
| 7798343 | #+ | NETWORK TECHNOLOGIES, INC, 320 SOUTH PERRY STREET, LAWRENCEVILLE, GA 30046-4839 |
| 7798344 | + | NYC DEPT. OF FINANCE, 345 ADAMS STREET, 3RD FL., ATTN: LEGAL AFFAIRS, BROOKLYN, NY 11201-3739 |
| 7798345 | + | OFFICE OF THE ATTORNEY GENERAL, 28 LIBERTY ST., NEW YORK, NY 10005-1400 |
| 7798347 | + | OHZ REMOTE GUARDING, 1980 50TH ST, BROOKLYN, NY 11204-1312 |
| 7798348 | + | P/KAUFMANN, P.O BOX 418440, BOSTON, MA 02241-8440 |
| 7798349 | + | PIONEER WINDOW MFG CORP, 3 EXPRESSWAY PLAZA, SUITE 221, ROSLYN HEIGHTS, NY 11577-2033 |
| 7798350 | + | PLUMBING NYC INC, 517 DEGRAW STREET, SUITE A, BROOKLYN, NY 11217-3011 |
| 7798351 | + | PRINT ON BROADWAY, 389 BERRY ST., BROOKLYN, NY 11249-6036 |
| 7798352 | + | RA ENGINEERING LLP, 512 7TH AVENUE, 6TH FLOOR, NEW YORK, NY 10018-4603 |
| 7798353 | + | REG HOUGH ASSOCIATES, P.O. BOX 482, ALLENWOOD, NJ 08720-0482 |
| 7798354 | + | RENT A UNIT NY INC, 543 BEDFORD AVE. SUITE #243, BROOKLYN, NY 11211-8511 |
| 7798355 | + | ROTAVELE ELEVATOR QUEENS CONST, 414 SENECA AVE, RIDGEWOOD, NY 11385-1453 |
| 7798356 | + | SAM MAINTENANCE SERVICE INC., 418 MELROSE ST, BROOKLYN, NY 11237-2060 |
| 7798357 | + | SIMPSON GUMPERTZ & HAGER INC, 480 TOTTEN POND ROAD, WALTHAM, MA 02451-1908 |
| 7798358 | + | SOHO MYRIAD INC, 1250 MENLO DRIVE NW, STE. C, ATLANTA, GA 30318-4171 |
| 7798359 | + | SPARK LIGHTING, 347 37TH STREET, BROOKLYN, NY 11232-2505 |
| 7798360 | + | SPECTRUM PRECISION PAINTING, MOSHE MILL, 1072 MADISON AVE, LAKEWOOD, NJ 08701-2650 |
| 7798361 | + | STONEHILL AND TAYLOR ARCHITECT, 31 WEST 27TH STREET, 5TH FLOOR, NEW YORK, NY 10001-6950 |
| 7798362 | + | SUB ENTERPRISES INC., 435 BELLVALE RD, CHESTER, NY 10918-3115 |
| 7798363 | + | SYNDICATE DEVELOPMENT SERVICES, 1732 FIRST AVENUE #2183, NEW YORK, NY 10128-5177 |
| 7798364 | + | THE BAC GROUP, 366 BROADWAY, BROOKLYN, NY 11211-7539 |
| 7798365 | + | THE YARD OPERATING COMPANY LLC, 195 BROADWAY, BROOKLYN, NY 11211-6128 |
| 7798366 | + | TRIAS MANAGEMENT SERVICES, INC, 306 COMMACK ROAD, SUITE 100, COMMACK, NY 11725-3433 |
| 7798367 | + | US ATTY OFFICE -SDNY, 86 CHAMBERS STREET, ATTN: TAX AND BANKRUPTCY, NEW YORK, NY 10007-1825 |
| 7798368 | + | WALSH GLASS AND METAL, INC., 904 NEPPERHAN AVE, YONKERS, NY 10703-1704 |
| 7798369 | + | WEYLIN SEYMOUR LLC - CARLOS, 175 BROADWAY, BROOKLYN, NY 11211-6129 |
| 7798370 | + | WSP USA CORP, 4139 OREGON PIKE, EPHRATA, PA 17522-9550 |

TOTAL: 70

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: fbr@robinsonbrog.com | Dec 23 2020 19:28:00 | Fred B. Ringel, Robinson Brog Leinwand Greene Genovese &, Gluck P.C., 875 Third Avenue, 9th Floor, New York, NY 10022 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 23 2020 19:29:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| ust | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Dec 23 2020 19:28:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |
| 7798329 | | EDI: IRS.COM | Dec 24 2020 00:28:00 | INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 7798344 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 23 2020 19:29:00 | NEW YORK STATE DEPT. OF FINANC, ATTN: BANKRUPTCY SPECIAL PROC, PO BOX 5300, ALBANY, NY 12205-0300 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | 159 Broadway 1 LLC |
| cr | | 159 Broadway Mezz LLC |
| smg | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 7798307 | ##+ | AFS FENCING INC., 59 COLLINS AVENUE, SPRING VALLEY, NY 10977-4743 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2020                         Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Fred B. Ringel | |
| | on behalf of Debtor WB Bridge Hotel LLC fbr@robinsonbrog.com |
| Jerold C. Feuerstein | |
| | on behalf of Creditor 159 Broadway 1 LLC jfeuerstein@kandfllp.com |
| | skossar@kandfllp.com;litigation@kandfllp.com;cvalenzuela@kandfllp.com;dzinman@kandfllp.com |
| Jerry A. Montag | |
| | on behalf of Creditor 159 Broadway Mezz LLC jmontag@seyfarth.com |
| | gakerman@seyfarth.com;Nycmanagingclerksoffice@seyfarth.com |
| Michael Ryan Pinkston | |
| | on behalf of Creditor 159 Broadway Mezz LLC rpinkston@seyfarth.com  jmcdermott@seyfarth.com |
| United States Trustee | |
| | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 5

## **EXHIBIT C**

**Fill in this information to identify the case:**

Debtor name    **WB BRIDGE HOTEL LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **20-23288**

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1  159 Broadway 1 LLC**<br>Creditor's Name<br><br>**444 Madison Ave.**<br>**41st Fl.**<br>**New York, NY 10022**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Real property and improvements located at 159 Broadway, Brooklyn, New York**<br><br>**Value subject to appraisal** | **$24,000,000.00** | **Unknown** |
| Creditor's email address, if known | Describe the lien | | |
| | Is the creditor an insider or related party?<br>■ No<br>☐ Yes | | |
| **Date debt was incurred** | Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2  ADS Engineers**<br>Creditor's Name<br><br>**45 Broadway, Suite 1220**<br>**New York, NY 10006**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien | $23,446.00 | $0.00 |
| Creditor's email address, if known | Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | | |
| **Date debt was incurred** | Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **WB BRIDGE HOTEL LLC** | | | Case number (if known) | **20-23288** |
|---|---|---|---|---|---|
| | Name | | | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.3 | **Meridian Layout Inc** | Describe debtor's property that is subject to a lien | **$19,845.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**3280 Sunrise Hwy, Suite 341**
**Wantagh, NY 11793**

Creditor's mailing address

Describe the lien

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☑ Disputed

---

| 2.4 | **Rotavele Elevator Queens Const** | Describe debtor's property that is subject to a lien | **$201,100.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**414 Seneca Ave**
**Ridgewood, NY 11385**

Creditor's mailing address

Describe the lien

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☑ Disputed

---

| 2.5 | **Sam Maintenance Service Inc.** | Describe debtor's property that is subject to a lien | **$19,933.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**418 Melrose St**
**Brooklyn, NY 11237**

Creditor's mailing address

Describe the lien

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **WB BRIDGE HOTEL LLC** | | Case number (if known) | **20-23288** |
|---|---|---|---|---|
| | Name | | | |

| Creditor's email address, if known | Is the creditor an insider or related party? |
|---|---|
| | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.6 | **Simpson Gumpertz & Hager Inc** | Describe debtor's property that is subject to a lien | **$33,620.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |
| | **480 Totten Pond Road Waltham, MA 02451** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

| Creditor's email address, if known | Is the creditor an insider or related party? |
|---|---|
| | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.7 | **Stonehill and Taylor Architect** | Describe debtor's property that is subject to a lien | **$213,931.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |
| | **31 West 27th Street, 5th Floor New York, NY 10001** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

| Creditor's email address, if known | Is the creditor an insider or related party? |
|---|---|
| | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 4

| Debtor | **WB BRIDGE HOTEL LLC** | Case number (if known) | **20-23288** |
|--------|--------------------------|-------------------------|--------------|
| | Name | | |

| 2.8 | **Sub Enterprises Inc.** | Describe debtor's property that is subject to a lien | **$276,962.00** | **$0.00** |
|-----|--------------------------|------------------------------------------------------|-----------------|-----------|

Creditor's Name

**435 Bellvale Rd
Chester, NY 10918**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No
□ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

□ Contingent
□ Unliquidated
■ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$24,788,837.00** |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|-------------------|--------------------------------------------------------------|--------------------------------------------------|

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# **<u>EXHIBIT D</u>**

**From:**          Pinches Herman <herman@cornellrealty.com>
**Sent:**          Tuesday, May 25, 2021 11:18 AM
**To:**            Yitz Taub
**Subject:**       SGH invoice 266147.
**Attachments:**   Project 180097.01-DESG Package 0266147 2019-07-09 08-28-21.pdf


Please see below their company signature and see address, and also see Invoice attached also same address, so im
not sure what they are talking about.

---------- Forwarded message ---------
From: **Paul E. Aronson** <PEAronson@sgh.com>
Date: Tue, Jul 9, 2019 at 8:28 AM
Subject: SGH invoice 266147
To: moshe@cornellrealty.com <moshe@cornellrealty.com>, cadler@cornellrealty.com <cadler@cornellrealty.com>,
David J. Artigas <DJArtigas@sgh.com>, shragy@cornellrealty.com <shragy@cornellrealty.com>


Here is SGH Invoice 266147 related to the following project.

SGH Project #:          180097.01-DESG
SGH Project Name:       Building Enclosure Bid and Construction Phase Consulting Services, Moxy Hotel & Residences,
159 Broadway, Brooklyn, NY
Reference #:

Please let me know if you have questions or need anything else.


Thank you,

Paul

**Paul E. Aronson**
Project Accountant III

**SIMPSON GUMPERTZ & HEGER**

Engineering of Structures and Building Enclosures

480 Totten Pond Road
Waltham, MA 02451

781.907.9000 main
781.907.9137 direct
781.907.9009 fax
www.sgh.com



**SIMPSON GUMPERTZ & HEGER**

Engineering of Structures
and Building Enclosures

**TAX ID: 04-2256923**
**REMIT PAYMENT TO:**
**PO Box 843476**
**Boston, MA 02284-3476**

Mr. Moshe Rosen
Cornell Realty Management, LLC
As Agent: WB Bridge Hotel LLC
75 huntington Avenue
Brooklyn, NY  11231

July 9, 2019
Project No:        180097.01-DESG
Invoice No:        0266147

Building Enclosure Bid and Construction Phase Consulting Services, Moxy Hotel & Residences, 159 Broadway, Brooklyn, NY

**Professional Services through June 21, 2019**
**Professional Personnel**

|  | Hours | Rate | Amount | |
|---|---|---|---|---|
| Senior Principal | | | | |
| OBrien, Sean | 1.00 | 340.00 | 340.00 | |
| Senior Staff II-B | | | | |
| Artigas, David | 11.50 | 225.00 | 2,587.50 | |
| Senior Staff I-A | | | | |
| Regan, Erin | 18.00 | 165.00 | 2,970.00 | |
| Totals | 30.50 | | 5,897.50 | |
| **Total Labor** | | | | **5,897.50** |

**Reimbursable Expenses**

|  |  |  |  | |
|---|---|---|---|---|
| Mail & Shipping | | | 8.44 | |
| Airfare, Train, etc. | | | 5.50 | |
| **Total Reimbursables** | | 1.1 times | 13.94 | 15.33 |
| | | **Total this Invoice** | | **$5,912.83** |

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 0260378 | 4/12/2019 | 3,808.55 |
| 0262938 | 5/23/2019 | 810.00 |
| 0263542 | 6/5/2019 | 4,952.50 |
| **Total** | | **9,571.05** |

| | | **Total Now Due** | **$15,483.88** |
|---|---|---|---|

**Billings to Date**

|  | Current | Prior | Total |
|---|---|---|---|
| Labor | 5,897.50 | 9,565.00 | 15,462.50 |
| Expense | 15.33 | 6.05 | 21.38 |
| **Totals** | **5,912.83** | **9,571.05** | **15,483.88** |

cc email Chaim Adler, Cornell Realty

**SIMPSON GUMPERTZ & HEGER INC.**
480 Totten Pond Road, Waltham, MA 02451

main: 781.907.9000   fax: 781.907.9009   www.sgh.com

Boston   |   Chicago   |   Houston   |   New York   |   San Francisco   |   Southern California   |   Washington, DC

| Project | 180097.01-DESG | Moxy Hotel BEC Bid and Construction Phas | Invoice | 0266147 |

BT:EA:NY:00         \ Sean OBrien                    \ David Artigas

**SIMPSON GUMPERTZ & HEGER INC.**
480 Totten Pond Road, Waltham, MA 02451

main: 781.907.9000   fax: 781.907.9009   www.sgh.com

Boston   |   Chicago   |   Houston   |   New York   |   San Francisco   |   Southern California   |   Washington, DC

# **<u>EXHIBIT E</u>**

# ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

### 875 THIRD AVENUE

### NEW YORK, NEW YORK 10022

———

**(212) 603-6300**

———

**FAX (212) 956-2164**

May 18, 2021

Fred B. Ringel
(914) 320-3455
(212) 603-6301
fbr@robinsonbrog.com

<u>**VIA Email**</u>
Anna A. Higgins (ahiggins@litigationattys.com)
Linton Robinson & Higgins LLP
39 Broadway, Suite 1701
New York, NY  10006

Re:    <u>WB Bridge Hotel LLC, Case No. 20-23288-(RDD) (Jointly Administered)</u>

Dear Ms. Higgins:

On December 21, 2020 ("Petition Date"), WB Bridge Hotel LLC ("WB Bridge") and 159 Broadway Member LLC ("159 Broadway," and together, the "Debtors") each filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code with the Clerk of the United States Bankruptcy Court, Southern District of New York.

An Order for Relief was simultaneously entered upon the filing of each petition, and the cases are being jointly administered under Bankruptcy Case No. 20-23288. A copy of the Notice of Bankruptcy Case Filing for each of the Debtors are attached. Please be further advised that this firm has been retained as counsel to the Debtors.

Please be further advised that under Section 362 of the United States Bankruptcy Code, that the continuation of pre-petition litigation against the Debtors or any actions against the Debtors' property are automatically stayed. The automatic stay extends to "the commencement <u>or continuation</u>, including the issuance or employment of process, of a judicial, administrative, <u>or other action or proceeding against the debtor</u> that was or could have been commenced before the commencement of the case under this title …" 11 USC §362(a)(1) (emphasis added). Any actions taken in violation of the automatic stay are void ab initio. *See, e.g.,* *Garcia v. Sklar (In re Sklar)* 2021 Bankr. LEXIS 1047 *2 (Bankr. SDNY April 20, 2021).* Any willful violation of the automatic stay provisions of Section 362 of the United States Bankruptcy Code may be deemed contempt of a lawful court order, and the Debtors may seek appropriate remedies in the Bankruptcy Court.

{01102968.DOC;1 }

It has come to the Debtors' attention that your client, Simpson
Gumpertz & Heger Inc., is moving for a default judgment against WB Bridge in
New York Supreme Court, Kings County in the action captioned *Simpson Gumpertz
& Heger Inc. v. WB Bridge Hotel LLC and Cornell Realty Management, LLC*, Index
No. 513660/2020 (the "State Court Action").

Please be advised that you and your client are stayed from taking any
actions, including moving for a default judgment, in the State Court Action against
WB Bridge and you are now on actual notice that any such action would violate the
automatic stay and may be treated as contempt of court.

If you have any questions concerning the above, please feel free to
contact this office.

Be guided accordingly.

Very truly yours,

/s/ Fred B. Ringel

Fred B. Ringel

Encls.

United States Bankruptcy Court
Southern District of New York

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was
filed under Chapter 11 of the United States Bankruptcy Code,
entered on 12/21/2020 at 1:35 PM and filed on 12/21/2020.

**WB Bridge Hotel LLC**
c/o GC Realty Advisors, LLC
3284 N. 29th Court
Hollywood, FL 33020
Tax ID / EIN: 82-3412355

The case was filed by the debtor's attorney:

**Fred B. Ringel**
Robinson Brog Leinwand Greene Genovese &
Gluck P.C.
875 Third Avenue
9th Floor
New York, NY 10022
(212) 603-6300

The case was assigned case number 20-23288-rdd to Judge Robert D. Drain.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against
the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at
all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take
other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights
in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our
*Internet* home page http://ecf.nysb.uscourts.gov or at the Clerk's Office, 300 Quarropas Street, White Plains, NY
10601.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth
important deadlines.

**Vito Genna**
**Clerk, U.S. Bankruptcy Court**

---

**PACER Service Center**

**Transaction Receipt**

| 05/18/2021 11:32:50 | | | |
|---|---|---|---|
| **PACER Login:** | Rblggg8759 | **Client Code:** | 104080.0000 |
| **Description:** | Notice of Filing | **Search Criteria:** | 20-23288-rdd |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

United States Bankruptcy Court
Southern District of New York

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was
filed under Chapter 11 of the United States Bankruptcy Code,
entered on 12/21/2020 at 1:42 PM and filed on 12/21/2020.

**159 Broadway Member LLC**
c/o GC Realty Advisors LLC
3284 N. 29th Court
Hollywood, FL 33020
Tax ID / EIN: 82-3488239

The case was filed by the debtor's attorney:

**Fred B. Ringel**
Robinson Brog Leinwand Greene Genovese &
Gluck P.C.
875 Third Avenue
9th Floor
New York, NY 10022
(212) 603-6300

The case was assigned case number 20-23289-rdd to Judge Robert D. Drain.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against
the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at
all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take
other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights
in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our
*Internet* home page http://ecf.nysb.uscourts.gov or at the Clerk's Office, 300 Quarropas Street, White Plains, NY
10601.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth
important deadlines.

**Vito Genna**
**Clerk, U.S. Bankruptcy Court**

---

**PACER Service Center**

| Transaction Receipt | | | |
|---|---|---|---|
| 05/18/2021 11:33:46 | | | |
| **PACER Login:** | Rblggg8759 | **Client Code:** | 104080.0000 |
| **Description:** | Notice of Filing | **Search Criteria:** | 20-23289-rdd |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |