UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:

          Chapter 11

WB BRIDGE HOTEL LLC and          Case No. 20-23288 (SHL) and
159 BROADWAY MEMBER LLC,          Case No. 20-23289 (SHL)
          (Jointly Administered)

          Debtors.
-------------------------------------------------------------------x

## ORDER IN AID OF PLAN EFFECTIVENESS

Upon the entry of the Order Confirming the First Amended Chapter 11 Plan of Liquidation for the Debtor [ECF 160] (the "Plan") proposed by 159 Broadway 1 LLC (the "Proponent"), as secured creditor and mortgagee of WB Bridge Hotel LLC ("WB Bridge"), which, together with 159 Broadway Member LLC ("159 Member," and together with WB Bridge, the "Debtors"), constitute the above captioned debtors and debtors-in-possession; and the Plan being premised upon the sale of the Debtors' real property known as and located at 159 Broadway, Brooklyn, New York 11211 (the "Real Property") through an auction (the "Auction") with the Proponent serving as stalking horse bidder; and the Auction having been conducted and the Proponent having been the successful bidder pursuant to its stalking horse bid; and upon the letters filed by counsel to the Official Committee of Unsecured Creditors (the "Committee") and the Debtors [ECF 170 and 171] noting the Proponent's significant delay in closing on the Real Property as required by the Plan and the potential prejudice to creditors thereby; and upon the conference held before the Court on November 3, 2022, the record of which is incorporated herein by reference; it is hereby

**ORDERED,** the Proponent shall close on the sale of the Real Property pursuant to the Plan no later than November 10, 2022; and it is further

1

**ORDERED**, that the Debtors shall provide copies of the Debtors' electronically stored financial records to Committee's counsel no later than November 10, 2022, and shall thereafter cooperate with the Committee (or Trust, as applicable) to promptly transfer the Debtors' non-electronically stored financial records; and it is further

**ORDERED**, that nothing herein shall limit the rights or liabilities of any party with respect to the Plan and its consummation.

Dated: White Plains, New York
       November 9, 2022                    */s/ Sean H. Lane*
                                        HONORABLE SEAN H. LANE
                                        UNITED STATES BANKRUPTCY JUDGE