

Daniel N. Zinman, Esq.
(212) 661-2900
dzinman@kandfllp.com

November 10, 2022

**VIA ECF**
Hon. Sean H. Lane
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140

Re: *In re WB Bridge Hotel LLC and 159 Broadway Member LLC,*
Case No.: 20-23288-shl

Dear Judge Lane:

As you may recall, we represent 159 Broadway 1 LLC, the secured creditor and proponent of the confirmed chapter 11 plan in this case. We are writing you to update you on the status of our closing of the purchase of the above referenced debtor and debtor-in-possession's (the "Debtor") property. Although we are aware of your Honor's order requiring us to close by today, I must inform you that the closing will not take place today due to the fact that we received signatures from the Debtor on the various documents too late today to wire. Once we can wire, we will be able to close. We will attempt to close as soon as possible. Given that tomorrow is Veteran's Day and banks are generally closed, however, we may not be able to close until Monday, November 14, 2022. When the closing occurs, wires will be sent to those entities entitled to receive payments under the Plan and the various orders issued by this Court.

Respectfully submitted,

**KRISS & FEUERSTEIN, LLP**,
counsel to 159 Broadway 1 LLC

/s/ Daniel N. Zinman
By: Daniel N. Zinman, Esq.