**KRISS & FEUERSTEIN LLP**
Jerold C. Feuerstein, Esq.
Daniel N. Zinman, Esq.
Stuart L. Kossar, Esq.
360 Lexington Avenue, Suite 1200
New York, NY 10017
(212) 661-2900 – telephone
(212) 661-9397 – facsimile

*Attorneys for 159 Broadway 1 LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| WB BRIDGE HOTEL LLC and<br>159 BROADWAY MEMBER LLC, | Case No.:  20-23288-shl |
| Debtors. | Jointly Administered |

---------------------------------------------------------X

## NOTICE OF EFFECTIVE DATE OF PLAN

**PLEASE TAKE NOTICE** that on July 7, 2022 (the "Confirmation Date"), the United States Bankruptcy Court for the Southern District of New York entered an Order granting 159 Broadway 1 LLC's First Amended Chapter 11 Plan of Liquidation for the Debtor (the "Confirmation Order") [Docket No. 134], confirming the Proponent's First Amended Plan of Liquidation dated May 11, 2022 (the "Plan")[1] [Docket No. 129].

**PLEASE TAKE FURTHER NOTICE,** that the Plan became effective on November 16, 2022.

**PLEASE TAKE FURTHER NOTICE,** that the Plan and Confirmation Order may be viewed at the Bankruptcy Court's Internet site at http://www.nysb.uscourts.gov.

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings given to them in the Motion.

Dated: New York, New York
       November 21, 2022

                                          KRISS & FEUERSTEIN LLP

                                          By:    */s/ Jerold C. Feuerstein*
                                                     Jerold C. Feuerstein, Esq.
                                                     Daniel N. Zinman, Esq.
                                                     Stuart L. Kossar, Esq.
                                                     360 Lexington Avenue, 12th Floor
                                                     New York, New York 10017
                                                     (212) 661-2900

                                        *Attorneys for 159 Broadway 1 LLC*