

**U.S. Department of Justice**
Office of the United States Trustee
*Southern District of New York*

Alexander Hamilton U.S. Custom House
One Bowling Green, Room 534
New York, NY 10004-1408
Phone: (212) 510-0500

March 27, 2023

**Via ECF and Email**
Honorable Sean H. Lane
United States Bankruptcy Court for the
 Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    **WB Bridge Hotel LLC**
              **Case No. 20-23328 (SHL)**

Dear Judge Lane:

    On March 23, 2023, the Court heard argument in the above-referenced case and a related adversary proceeding concerning the motion of Leech Tishman to withdraw as counsel to the Debtors, and the Liquidating Trustee's motion seeking to disqualify Leech Tishman as counsel to defendant Isaac Hager. At the hearing, the Court requested that the U.S. Trustee advise whether he would like an opportunity to be heard in connection with these motions. By this letter, the U.S. Trustee respectfully requests such an opportunity and shall await the Court's directive concerning the time by which the U.S. Trustee must file such papers.

    Your chambers should feel free to contact the undersigned at 212-510-0539 with any questions or concerns.

    Very truly yours,

    WILLIAM K. HARRINGTON
    UNITED STATES TRUSTEE

    By   *Andrea B. Schwartz*
           Andrea B. Schwartz
           Trial Attorney

cc:    Fred Ringel, Esq.
        David Mahoney, Esq.