

Steven B. Eichel
Direct Dial: (212) 603-6345
Seichel@leechtishman.com
Fax: 212-581-5981

June 15, 2023

<u>VIA EMAIL AND ECF</u>
Honorable Sean H. Lane
United States Bankruptcy Judge
United States Bankruptcy Court
300 Quarropas Street
White Plains, New York 10706

    RE:  *In re WB Bridge Hotel LLC, and 159 Broadway Member, LLC,*
           Case No. 20-23288 and 20-23289 (SHL);
           <u>Wasserstein, as Trustee of WB Bridge Creditor Trust ("Liquidating
           Trustee") v. 11 Apple LLC, *et al.*, Adv. Pro. No. 22-07059 (SHL)</u>

Dear Judge Lane:

      We represent certain of the defendants ("Defendants") in the above-referenced adversary proceeding. As Your Honor may recall, currently pending before the Court is the Liquidating Trustee's motion to disqualify Leech Tishman Robinson Brog, PLLC ("Leech Tishman") as counsel to Defendants and Leech Tishman's motion to withdraw as counsel to the Debtors. After our last submission on May 2, 2023, we recently became aware of the case *Alan N. Halperin, as Liquidating Trustee of the High Ridge Brands Co. Liquidating Trust v. Arawak IX, L.P., et al. (In re HRB Windown, Inc., et al.)*, Case No. 19-1269 (BLS), Adv. Pro No. 21-51412 (BLS) (Bankr. D. Del. May 5, 2023), a copy of which is attached hereto. As we believe this case is relevant to the issues before the Court on the Liquidating Trustee's motion to disqualify our firm, we felt obligated to bring it to the Court's attention.

                                                Respectfully submitted,

                                                <u>/s/Steven B. Eichel</u>
                                                  Steven B. Eichel

SBE:tef
Enclosures
cc: David Mahoney, Esq.
     Andrea Schwartz, Esq.

LEECH TISHMAN ROBINSON BROG, PLLC
875 Third Avenue, 9th Floor  |  New York, NY 10022  |  T: 212.603.6300  F: 212.956.2164

LEECHTISHMANRB

4885-9837-2970, v. 1